

January 17, 2019

**Emery Lyon**
212.915.5783 (Direct)
Emery.Lyon@wilsonelser.com

**VIA ECF**

Hon. Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    **Request for Adjournment**
       ***Chorro        v.      211 Thompson Owners Corp., et al.***
       **Docket No.    :       18-cv-10897 (LGS)**

Dear Judge Schofield:

We write on behalf of all named defendants in the above-referenced matter. We write with plaintiff's consent pursuant to Your Honor's Individual Rules and Procedures, Section I(B)(2), to respectfully request an adjournment of the initial conference currently scheduled to take place on January 24, 2019 at 10:30 a.m. to any date that is convenient for the Court after February 4, 2019 (i.e., the date defendants' response to the complaint is due).

We request this adjournment because defendants are currently working to resolve issues relating to their legal representation in this matter. This is defendants' first request for an adjournment of the initial conference and, if granted, will not affect any other deadlines.

We thank the Court for its attention to this matter.

Respectfully submitted,

**Wilson, Elser, Moskowitz, Edelman & Dicker LLP**

*/ s / Emery Lyon*

Emery Lyon

cc:    All parties of record (via ECF)

1133 Westchester Avenue • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001
150 East 42nd Street • New York, NY 10017 • p 212.490.3000 • f 212.490.3038

Albany • Baltimore • Boston • Chicago • Connecticut • Dallas • Denver • Garden City • Houston • Kentucky • Las Vegas • London • Los Angeles • Miami
Milwaukee • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Virginia • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris

wilsonelser.com

9561304v.1